# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| Herbert R. Tobias III | BK 14–40413–lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–8603

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Russell C Simon is discharged as Trustee in this cause and the sureties on the Trustee's bond are released from further liability in this case.

The chapter 13 case of the above named debtor is closed.

ENTERED: March 8, 2019                    /s/ Laura K. Grandy
                                          UNITED STATES BANKRUPTCY JUDGE